Evan R. Moses CA Bar No. 198099
evan.moses@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239-9800
Facsimile: 213.239.9045

Allison C. Eckstrom CA Bar No. 217255
allison.eckstrom@ogletreedeakins.com
Patricia A. Matias CA Bar No. 254125
patricia.matias@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
Los Angeles, CA 90071
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant AFL NETWORK SERVICES, INC.

# UNITED STATES DISTRIC COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EVAN JAMES AND JASON PAGE<br><br>Plaintiffs,<br><br>vs.<br><br>AFL TELECOMMUNICATIONS LLC; DOES 1 – 100 INCLUSIVE<br><br>Defendants | Case No.<br><br>[Los Angeles County Superior Court Case No. BC551915]<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed concurrently with Petition and Notice of Removal; Declaration of Eric Scott Crowell; Notice of Related Cases; Certification of Interested Parties; and Civil Cover Sheet]<br><br>Action Filed:   July 16, 2014 |

**TO PLAINTIFFS, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant AFL

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

1 | NETWORK SERVICES, INC. (erroneously sued and served as AFL
2 | Telecommunications LLC) ("Defendant") states that its parent company is America
3 | Fujikura Ltd. No publicly held corporation owns 10% or more of Defendant's stock.

DATED: August 20, 2014

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _____
Evan R. Moses
Allison C. Eckstrom
Patricia A. Matias

Attorneys for Defendant AFL NEWORK SERVICES, INC.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

# CERTIFICATE OF SERVICE

*Michael Evan James and Jason Page v. AFL Telecommunications LLC*
Los Angeles County Superior Court Case No. BC551915

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On August 21, 2014, I served the following document(s):

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached mailing list.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope.

☒ (Federal) I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 21, 2014, at Costa Mesa, California.

Joyce Young                                                                 *[Signature]*
―――――――――――――――――                    ―――――――――――――――――
Type or Print Name                                                     Signature

18736459_1.doc

3                                                    Case No.
**DEFENDANT'S PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION**

## SERVICE LIST
*Michael Evan James and Jason Page v. AFL Telecommunications LLC*
Los Angeles County Superior Court Case No. BC551915

EMPLOYMENT LAWYERS GROUP
Karl Gerber (SBN 166003)
13418 Ventura Boulevard
Sherman Oaks, CA 91423
Tel: (818) 783-7300
Fax: (818) 995-7159
***Attorneys for Plaintiffs***

18736459.1